DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JEROME ERIC BIVENS,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2023-2643

[February 22, 2024]

Appeal of order denying rule 3.800 and 3.850 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Martin S. Fein, Judge; L.T. Case No. 13-10590CF10A.

Jerome Eric Bivens, Doral, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

GROSS, DAMOORGIAN and GERBER, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***